STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOSEPH GARRIGAN, DEFENDANT-APPELLANT.

Argued January 21, 1974—Decided February 5, 1974—
Amended February 20, 1974.

*Mr. John J. Connell* argued the cause for appellant (*Mr. Henry F. Gill,* attorney).

*Mr. John De Cicco,* Deputy Attorney General, argued the cause for respondent (*Mr. William F. Hyland,* Attorney General, attorney).

PER CURIAM. The judgment of the Appellate Division is affirmed substantially for the reasons expressed in the majority's per curiam opinion.